**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: APPEAL OF THE
DOWNINGTOWN AREA SCHOOL
DISTRICT FROM THE DECISION OF
THE CHESTER COUNTY BOARD OF
ASSESSMENT APPEALS FOR
PROPERTY OWNED BY MARCHWOOD
ASSOCIATES LOCATED AT 128
SURREY WAY, UWCHLAN TOWNSHIP,
CHESTER COUNTY, PENNSYLVANIA
TAX PARCEL NO.: 33-05-00043.0300

PETITION OF: MARCHWOOD
ASSOCIATES

:   No. 666 MAL 2017
:
:   Petition for Allowance of Appeal from
:   the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:

IN RE: APPEAL OF THE
DOWNINGTOWN AREA SCHOOL
DISTRICT FROM THE DECISION OF
THE CHESTER COUNTY BOARD OF
ASSESSMENT APPEALS FOR
PROPERTY OWNED BY MARCHWOOD
ASSOCIATES LOCATED AT 128
SURREY WAY, UWCHLAN TOWNSHIP,
CHESTER COUNTY, PENNSYLVANIA
TAX PARCEL NO.: 33-05-0043.0300

PETITION OF: MARCHWOOD
ASSOCIATES

:   No. 667 MAL 2017
:
:   Petition for Allowance of Appeal from
:   the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 6th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.